Belt Line Brick Company, appellee, v. The Flexotile Floor Company et al., appellants. Gen. No. 8,526.

Opinion filed October 24, 1933.

Hinchcliff, Miller & Thomas, for appellants; Chas. A. Thomas, of counsel. Welsh & Welsh, for appellee; C. K. Welsh, of counsel.

Mr. Justice Huffman delivered the opinion of the court.

Ernest Beckman, appellee, v. J. A. Roose and Frank Peterson, trading as Superior Transit Company, appellants. Gen. No. 8,535.

Opinion filed October 24, 1933.

Large & Reno and W. J. Berry, for appellants. Carl A. Swenson, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

H. G. Beardsworth et al., appellees, v. Whiteside and Rock Island Special Drainage District et al., appellants. Gen. No. 8,700.

Opinion filed November 22, 1933.

Craig & Craig, McCalmont, Ramsay & Little and Charles C. McMahon, for appellants. Wood & McNeal, for appellees.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Edna Brandt, appellee, v. Harvey Franklin, appellant. Gen. No. 8,670.

Opinion filed December 6, 1933.

Robert J. Wing and Arthur L. Pukler, for appellant. Alschuler, Putnam, Flannigen & Johnson, for appellee; W. C. O'Brien, of counsel.

Mr. Justice Dove delivered the opinion of the court.